UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KINGSVISION PAY-PER-VIEW CORP., LTD.,

                Plaintiff,

                                      ORDER
  -against-                            02 CV 5173 (ILG) (MDG)

ERROL KEANE, individually and
d/b/a Keane's Restaurant,

                Defendant.
------------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Go, dated May 25, 2006, recommended that plaintiff be awarded $6,000 in statutory damages plus $1,050 in attorneys' fees for a total judgment of $7,050; that objections, if any, must be filed and served by June 14, 2006, and that failure to do so may be regarded as a waiver of his right to appeal. As of this date, no objection has been filed.

       The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that plaintiff is awarded $6,000 in damages plus $1,050 in attorneys' fees for a total judgment of $7,050.

       SO ORDERED.

Dated:     Brooklyn, New York
              June 16, 2006

                                                  S/
                                                  I. Leo Glasser

Copies sent by ECF and regular mail:

Richard A. Klass, Esq.
16 Court Street, 29th Floor
Brooklyn, NY 11241


Errol Keane
915 Utica Avenue
Brooklyn, NY 11203